JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| ANTONIN GUZMAN, | Case No. SA CV 22-00350-JVS (DFM) |
| Petitioner, | JUDGMENT |
| v. | |
| ETTAN, | |
| Respondent. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice for failure to prosecute.

Date: May 19, 2023

_____
JAMES V. SELNA
United States District Judge